# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 9, 2020

## NO. 03-20-00077-CV

**Molina Healthcare, Inc. and Molina Healthcare of Texas, Inc., Appellants**

**v.**

**The State of Texas ex rel. Chastiny Thurmond, Appellee**

### APPEAL FROM THE 53RD DISTRICT COURT OF TRAVIS COUNTY
### BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND KELLY
### AFFIRMED -- OPINION BY CHIEF JUSTICE ROSE

This is an appeal from the district court's January 10, 2020 order denying appellant's motion to dismiss brought under the Texas Citizens Participation Act. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the district court's order. Therefore, the Court affirms the district court's order. Appellants shall pay all costs relating to this appeal, both in this Court and in the court below.